In the Matter of the Arbitration between SAMINCORP, Respondent, and KAWECKI BERYLCO INDUSTRIES, INC., Appellant.—

Concur — Capozzoli, J. P., Markewich, Nunez, McNally and Macken, JJ.

MATTIE WASHINGTON et al., Appellants, v. SYNANON FOUNDATION, INC., Respondent.—

Concur — McGivern, J. P., Markewich, Kupferman, Steuer and Macken, JJ.

MURIEL FABRIKANT, Respondent, v. WILLIAM FABRIKANT, Appellant.—

Concur — McGivern, J. P., Markewich, Kupferman, Steuer and Macken, JJ.